UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA GARCIA, | ) Case No. CV 11-01239 DDP (RZx) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING DEFENDANT JUST MORTGAGE BANK, INC'S MOTION TO DISMISS** |
| JUST MORTGAGE BANK, INC., FANNIE MAE, CAL-WESTERN WEST, | ) |
| | ) [Motion filed on March 16, 2011] |
| Defendants. | ) |

Presently before the court is Defendant Just Mortgage Bank, Inc. ("Just Mortgage")'s Motion to Dismiss. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

This is an action that arises from a loan Plaintiff obtained from Just Mortgage, which was secured by a deed of trust on the real property located at 1555 Julian Court, Colton, California 92324. On March 11, 2010, following Plaintiff's failure to make payments on the loan, Defendant Cal-Western filed a Notice of Default and Election to Sell Under Deed of Trust. The property was subsequently sold. Plaintiff filed suit against Defendants for breech of the Truth in Lending Act, violation of the Real Estate

Settlement and Procedure Act, violation of RICO, fraud, and violation of various other laws. Just Mortgage filed this Motion to Dismiss on March 16, 2011. The motion was originally scheduled for hearing on May 2, 2011.

Pursuant to Local Rule 7-9, a party opposing a motion is required to file an opposition by no later than twenty-one days before the hearing. C.D. Cal. Local R. 7-9. Failure to file an opposition within the deadline may be deemed consent to granting the motion. C.D. Cal. Local R. 7-12. Therefore, Plaintiff's opposition to Defendant's Motion to Dismiss was due on April 6, 2011. As of the date of this Order, Plaintiff has not filed an opposition. Accordingly, the court regards Plaintiff's failure to oppose to be consent to granting Defendant's motion.

For the foregoing reasons, the court GRANTS Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated: June 21, 2011

DEAN D. PREGERSON
United States District Judge

2